Case 4:23-cv-00333   Document 10   Filed on 08/04/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 04, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIE LOVE WHITFIELD, (TDCJ #01687699), § § § § § § | | |
| Petitioner, § | | |
| vs. § | CIVIL ACTION NO. H-23-333 | |
| § § | | |
| BOBBY LUMPKIN, Director, Texas Department of Criminal Justice - Correctional Institutions Division, § § § § § | | |
| Respondent. § | | |

## FINAL JUDGMENT

Willie Love Whitfield's petition for a writ of habeas corpus by a prisoner in state custody under 28 U.S.C. § 2254, (Dkt. 1), is denied. The case is dismissed with prejudice.

This is a final judgment.

SIGNED at Houston, Texas, on _____Aug 4_____, 2023.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE